## CLARKE contᵃ HOLMES

Major Thomas Clarke plaint. contᵃ Thomas Holmes Defendᵗ in an action of debt of two hundred and Forty pounds in money due by bond, wᵗʰ damages. . . . The Iury . . . found for the plaint. two hundred and Forty pounds money Forfiture of the Bond and costs of Court: Doctor Elisha Cooke appearing as Attourny to the Defendᵗ appealed from this Judgemᵗ unto yᵉ next Court of Assistants and gave bond for prosecution thereof to effect.

[ Cooke's Reasons of Appeal (S. F. 1842.7) mark a new style in that class of document:

Thomas Holmes his Reasons of Appeale from yᵉ Judgmᵗ of yᵉ honoʳᵈ County Court held at Boston Noveᵐᵇʳ 4. per Adjournmᵗ to this honoʳᵈ Court of Assistants.

1. That yʳ is but one wittness to ye Bill or Bond sworne & ye Deffendant not in Towne or neare to owne or deny his hand

2. That ye Defendant being absent & his friend also necessari[ly] called away lost ye oppurtunity of Chancering ye Bond

Elisha Cooke in y^e behalfe of Thomas Hol[mes]

These Reasons Rec^d feb^r 26°: 1679.

P^r Js^a Addington Cler

At the Court of Assistants (Records, i. 152) the jury confirmed the former judgment, but "the bench hauing heard the plaintiffs Atturney & the deffendants pleas did chancerje the bond to the principall sum according to bond one hundred and Twenty pounds to be pajd yearely" at the rate of 24*l* a year, with six per cent interest, which the court figured would amount to 139*l* 3*s*; together with 45*s* 2*d* costs.

In S. F. 1842.2 is a copy of the execution, with the following note added by Edward Rawson:

This Exec: was only Altered on request & Jmportunity w^th advice of y^e Gou^r^no^r Goods & Estate [rest illegible] Tho: Holmes ]